# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-1742

_____

United States of America

*Plaintiff - Appellee*

v.

Nefer Raul Ariza

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - St. Paul

_____

Submitted: January 26, 2017
Filed: January 31, 2017
[Unpublished]

_____

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

After pleading guilty to a drug offense, Nefer Ariza appeals the district court's[1] below-Guidelines sentence. His counsel has moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 38 (1967).

We conclude that Ariza's appeal waiver should be enforced and prevents consideration of his claim. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into waiver and plea agreement, and enforcing waiver would not result in miscarriage of justice). Having independently reviewed the record pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal.

Accordingly, we dismiss the appeal and grant counsel's motion to withdraw.

_____

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.